

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NOS. WR-96,302-01, 96,302-02, 96,302-03 & 96,302-04

## EX PARTE RALPH WILLIAM GALLAGHER, Applicant

## ON APPLICATIONS FOR WRITS OF HABEAS CORPUS
## CAUSE NOS. 20-07-08653 (1), 20-07-08704 (1), 21-08-10997 (1) & 21-08-10998 (1)
## IN THE 221ST DISTRICT COURT FROM MONTGOMERY COUNTY

*Per curiam*.

### O P I N I O N

Applicant was convicted of indecency with a child (x2), possession of child pornography, and sexual performance by a child, and sentenced to life for both indecency with a child charges and the sexual performance by a child charge, and ten years imprisonment for the child pornography charge. The Ninth Court of Appeals affirmed his convictions. *Gallagher v. State*, Nos. 09-21-00307-CR, -00308-CR, -00309-CR & -00310-CR (Tex. App.—Beaumont Apr. 26, 2023). Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends that appellate counsel failed to timely inform Applicant that his conviction had been affirmed and advise him of his right to file a *pro se* petition for discretionary

review. Based on the record, the trial court has determined that there was a breakdown in the system and that Applicant is entitled to file an out-of-time petition for discretionary review.

We agree. Relief is granted. *Ex parte Riley*, 193 S.W.3d 900 (Tex. Crim. App. 2003). Applicant may file an out-of-time petition for discretionary review of the judgments of the Ninth Court of Appeals in cause numbers 09-21-00307-CR, -00308-CR, -00309-CR and -00310-CR. Should Applicant decide to file a petition for discretionary review, he must file it with this Court within thirty days from the date of this Court's mandate.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Delivered: January 22, 2025
Do not publish